IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JANICE A. WEISEL, | * |
| Plaintiff, | * |
| v. | *   Civil No.: 1:20-cv-1448 |
| | * |
| ONE FEDERAL SOLUTION CORPORATION, | * |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Janice A. Weisel, by and through her attorneys, and Defendant, One Federal Solution Corporation, by and through their attorneys, stipulate and agree that all claims made in the above-captioned action shall be and hereby are dismissed, with prejudice, and without right of appeal, each party to bear their own costs.

Respectfully Submitted,

| | |
|---|---|
| BENNETT & ELLISON, P.C. | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| _____/s/_____ | _____/s/_____ |
| Paul V. Bennett, Esq. (Bar No.: 33554) | Yoora Pak, Esq. (Bar No.: 39020) |
| 2086 Generals Highway, Ste. 201 | 8444 Westpark Drive – Suite 510 |
| Annapolis, MD 21401 | McLean, VA 22102-5102 |
| Telephone: (410) 974-6000 | Telephone: (703) 852-7830 |
| pbennett@belawpc.com | yoora.pak@wilsonelser.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: April 13, 2021

SO ORDERED THIS 14TH day of April 2021

_____/s/_____ JFA
John F. Anderson
United States Magistrate Judge